Albert Fish v. Frank A. Vanderlip.— Motion denied. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.